

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Passion Stewart
_____
                    Plaintiff
            vs.                                            Case Number  2021  2954

Fedex
_____
                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Passion Stewart
_____
Name of Plaintiff's Attorney

800 Kenilworth Ave Ne Apt 231             Clerk of the Court
_____
Address                                   By  K Darm
washington, DC 20019                          _____
                                                 Deputy Clerk

202-436-4215                              Date  08/24/2021
_____
Telephone
如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   De co mot bai dich, hay goi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                      Super. Ct. Civ. R. 4

Exhibit A



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
AUG 02 2021
Superior Court
of the District of Columbia
Washington, D.C.

Case No. 2021 2954

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Passion Stewart | vs | Fedex |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| 800 Kenilworth Ave Ne Apt. 231 | | 3875 Airways, Module H3 Department 4634 |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Washington  DC  20019 | | Memphis  TN  38116 |
| City  State  Zip Code | | City  State  Zip Code |
| 202-436-4215 | | 1800-463-3339 |
| Telephone Number | | Telephone Number |
| passiondstewart@gmail.com | | |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   I have had to do multiple claims with Fedex due to their carriers leaving my packages in open spaces which results in the packages being stolen. Myself, and my leasing office has told them multiple times if the office is closed and cannot accept the packages for us to take them to our APT door and NOT leave them downstairs in the open. They constantly leave them downstairs and myself and my neighbors constantly have our packages stolen.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am requesting $100,000 because I know for a fact NOTHING will change unless the company is forced into paying. My numerous calls and concerns have done nothing so I now must resort to them paying my for the times they have done nothing.

Form CA-3074 [Rev. Nov. 2017]   1   Super. Ct. Civ. R. 3

Exhibit A

3. State any other information, of which the Court should be aware:

I have numerous claim numbers and disputes that have been resolved by Fedex giving the companies their money back. Yet nothing has changed the drivers still do the same so obviously they aren't speaking to the carriers because something would have changed but my packages are still left by the mailboxes and stolen by random people.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_
SIGNATURE

8-2-21
DATE

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
(Notary Public/Deputy Clerk)

2

Exhibit A

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

Passion Stewart
vs
Fedex

Case Number: 2021 2954
Date: 8-2-2021

☐ One of the defendants is being sued in their official capacity.

Name: (Please Print) Passion Stewart
Firm Name:
Telephone No.: 202-436-4215
Six digit Unified Bar No.:

Relationship to Lawsuit
☐ Attorney for Plaintiff
☒ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☒ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 100,000   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____
Case No.: _____  Judge: _____  Calendar #: _____

---

NATURE OF SUIT:   (Check One Box Only)

**A. CONTRACTS**                                   **COLLECTION CASES**

☐ 01 Breach of Contract            ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty            ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument         ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                  Over $25,000 Pltf. Grants Consent         Over $25,000 Consent Denied
☐ 13 Employment Discrimination     ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees             Under $25,000 Pltf. Grants Consent        Under $25,000 Consent Denied
                                   ☐ 28 Motion to Confirm Arbitration
                                        Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                    ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                    ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy           ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander             ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference        ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution         ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal             ☐ 21 Asbestos
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest                  ☒ 16 Negligence- (Not Automobile, Not Malpractice)    ☐ 23 Tobacco
☐ 08 Fraud                                                            ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

Exhibit A

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ Passin Scott_        8-2-2021
Attorney's Signature          Date

CV-496/ June 2015

Exhibit A