UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PASSION STEWART,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

Civil Action No. 21-2478 (CKK)

**ORDER**
(September 21, 2022)

On August 3, 2022, the Court ordered Plaintiff to file a second amended complaint on or before September 7, 2022. Additionally, the Court ordered that, if no complaint was filed by that date, this case would be dismissed. As no second amended complaint has been filed, and for the reasons stated in the Court's [13] Memorandum Opinion and Order, it is hereby

**ORDERED**, that this case is **DISMISSED**.

The Clerk of Court is directed to close this case.

**SO ORDERED**.

**This is a final appealable order.**

Dated: September 21, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1